PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
KRISTINE VITEMB TX BAR # 24065153
Special Assistant United States Attorney
    Office of the General Counsel – Suite 350
    Social Security Administration
    1301 Young Street, Mailroom 104
    Dallas, Texas 75202
    Telephone: 214.767.8378
    E-Mail: Kristine.vitemb@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA STAFFORD-WATKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:21-cv-0840 DB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to

Stip. to Remand; 2:21-cv-00840-DB

enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this August 12, 2022.

Respectfully Submitted,

August 12, 2022                               /s Kristine Dittmeier Vitemb
DATED                                         KRISTINE DITTMEIER VITEMB, ESQUIRE
                                              Special Assistant U.S. Attorney
                                              Attorneys for Defendant


August 11, 2022                               /s/ Meghan O. Lambert (with email permission 8/11/22 )
DATED                                         MEGHAN O. LAMBERT, ESQUIRE
                                              Attorney for Plaintiff, Jessica Stafford-Watkins

## ORDER

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that:

1. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four;

2. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision;

3. The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner; and

4. This action is closed.

DATED: August 15, 2022                        /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:21-cv-00840-DB