PHILLIP A. TALBERT
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
ANDREA BANKS
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (510) 970-4803
Facsimile: (415) 744-0134
Email: andrea.banks@ssa.gov
Attorneys for Defendant

Meghan O. Lambert, Esq.
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Phone: 412-794-8003
Meghan@mydisabilityattorney.com
CA Bar ID: 258040
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA STAFFORD-WATKINS, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:21-cv-0840 DB <br><br> STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) <br> 28 U.S.C. § 2412(d) |

TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

    The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of FIVE THOUSAND, TWO HUNDRED SIXTY-NINE DOLLARS and 04/100 ($5,269.04) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Meghan O. Lambert at 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND, TWO HUNDRED SIXTY-NINE DOLLARS and 04/100 ($5,269.04) in EAJA attorney fees. These payments shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Meghan O. Lambert, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: November 14, 2022        */s/ Meghan O. Lambert*
                                MEGHAN O. LAMBERT
                                Attorney for Plaintiff

Dated: November 14, 2022        PHILLIP A. TALBERT
                                Acting United States Attorney
                                MATHEW W. PILE, WSBA No. 32245
                                Associate General Counsel
                                Office of Program Litigation, Office 7

                        By:     */s/ Andrea Banks**
                                ANDREA BANKS
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*Permission to use electronic signature
                                obtained via email on November 14, 2022).

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATE: November 15, 2022         /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE